JONATHAN WEISSGLASS - 185008
EMILY B. WHITE - 254294
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for SEIU CALIFORNIA STATE COUNCIL (as *amicus*)

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.T., K.R., C.B., and G.S., by their next friend, Frank Dougherty, on their behalf and on behalf of all those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>RONALD M. GEORGE, Chair of the Judicial Council of California, in his official capacity; WILLIAM C. VICKREY, Administrative Director of the Administrative Office of the Courts of the Judicial Council, in his official capacity; and JAMES. M. MIZE, Presiding Judge of the Superior Court of the County of Sacramento, in his official capacity,<br><br>Defendants. | Case No. 2:09-CV-01950-FCD-DAD<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Date: October 30, 2009<br>Time: 10:00 a.m.<br>Courtroom: 2 |

Good cause shown, the SEIU California State Council's Motion for Leave to File *Amicus* Brief is hereby GRANTED.

IT IS SO ORDERED.

Dated: October 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE